■ In the Matter of KOUGNE T., Respondent, v MAMADOU D., Appellant. [18 NYS3d 857]—

Order, Family Court, New York County (Carol J. Goldstein, Ref.), entered on or about October 28, 2014, which, after a hearing, awarded sole custody of the subject children to petitioner mother with visitation to respondent father, unanimously affirmed, without costs.

The determination that it was in the children's best interests to award full custody to the mother, with visitation the father, has a sound and substantial basis in the record (*see Eschbach v Eschbach*, 56 NY2d 167, 171 [1982]; *Matter of Ernestine L. v New York City Admin. for Children's Servs.*, 71 AD3d 510 [1st Dept 2010]). The Referee correctly considered, among other things, the mother's role as primary caretaker, the father's lack of participation in the children's educational and medical care, his history of domestic violence against the mother, his lack of suitable housing, and his failure to take advantage of previous court-ordered visitation (*see Matter of Xiomara M. v Robert M.*, 102 AD3d 581 [1st Dept 2013]). Concur—Friedman, J.P., Acosta, Renwick, Andrias and Moskowitz, JJ.